Mr. Reddie Houston
264 FM 3478 ROAD
HUNTSVILLE, TEXAS 77320

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78721

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

Dear Mr. Abel Acosta, Clerk:

My name is Mr. Reddie Houston. I am incarcerated at the ESTELLE UNIT.

Under the Rules of Appellate Procedure I would like for you to be governed by and I would like for you allow me to know what I can file.

Thank you for your time and convenience.

Sincerely,
Mr. Reddie Houston

Mr. Reddie Houston

# RULE 69. ACTION OF COURT ON PETITION FOR DISCRETIONARY REVIEW AND AFTER GRANTING REVIEW

# RULE 69.1. GRANTING OR REFUSAL

If four judges do not vote to grant a petition for discretionary review, the Court will enter a docket notation that the petition is refused. If four judges vote to grant a petition, the Court will enter a docket notation that discretionary review is granted.

# RULE 69.2. SETTING CASE FOR SUBMISSION

If discretionary is granted, either on the petition of party or by the Court on its own initiative, the case will be set for submission.

## Rule 69.3. Improvident Grant of Review

If, after granting discretionary review, five judges are of the opinion that discretionary review should not have been granted, the case will be dismissed.

# Rule 69.4. Clerk's Duties

(a) On refusal or dismissal. When the Court refuses or dismisses a petition, the clerk will send to the parties and the State Prosecuting Attorney a notice informing them that the petition was refused or dismissed. The clerk will retain the petition and all other items filed in the case for at least 15 days from the date of the refusal or dismissal. At the end of that time, if no motion for rehearing has been timely filed, or upon the overruling or dismissal of such a motion, the clerk will send to the court of appeals clerk a certified copy of the order refusing or dismissing the petition (as well as any order overruling a motion for rehearing). The clerk of the Court of Criminal Appeals will return the appellate record to the court of appeals clerk but will retain the petition, and other documents filed in the Court of Criminal Appeals.

(b) On granting review. If the Court grants discretionary review, the clerk will send to the parties and the State Prosecuting Attorney a notice informing them that discretionary review was granted.